UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN WILSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CUBIC CORPORATION, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 21-cv-00607-BAS-WVG<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE (ECF No. 4)** |

On May 21, 2021, Plaintiff filed a notice of voluntary dismissal of his claims under Rule 41(a) of the Federal Rules of Civil Procedure.  (ECF No. 4.)  Because Plaintiff filed the notice of dismissal before service by defendants of either an answer or a motion for summary judgment, dismissal of the action without a court order is warranted. Fed. R. Civ. P. 41(a)(1)(A)(i).  Therefore, this action is to be dismissed without prejudice.

**IT IS SO ORDERED.**

**DATED: May 21, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge